**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RAMON ESTRADA,<br><br>  Defendant. | **Case No. CR 89-895-TJH**<br>**Hon. Terry J. Hatter, Jr., Judge**<br><br>**ORDER ON RECONVVEYANCE OF DEED OF TRUST [333]**<br><br>Date: August 21, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom 9B |

The Notice of Motion Joinder for Reconveyance of Deed of Trust filed June 15, 2017, by Claimant EDNA G. PRESSER aka EDNA GENATO BLANCO came before the Court on August 21, 2017, at 10:00 a.m. in Department 9B. Appearances were as noted on the record.

The Court received and read the Motion papers, including any supporting declarations, and as no objections were made by Assistant United States Attorney, and being so advised in the manner and finding good cause thereon, the Court orders as follows:

**IT IS ORDERED** that the Court Clerk shall be directed to release the Reconveyance of the Deed of Trust to Claimant, EDNA G. PRESSER, aka EDNA GENATO BLANCO, for the aforesaid real property located at 1310 and 1312 North

Gordon Street, Los Angeles, California 90028.

**IT IS FURTHER ORDERED** that the Court Clerk be directed to release the Reconveyance Deed of Trust on or before August 29, 2017.

DATED: August 25, 2017  _____

Judge Terry J. Hatter, Jr.
United States District Judge